ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SAN MATEO EMPLOYEES, et al.**<br><br>                Plaintiffs,<br>    vs.<br><br>**WESTLODGE HOSPITALITY INC., corporation, doing business as TRAVELODGE and as TRAVELODGE SAN FRANCISCO AIRPORT NORTH,**<br><br>                **Defendants.** | NO. C 07 3357 JL<br><br>MOTION FOR ENTRY OF DEFAULT |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendants, WESTLODGE HOSPITALITY INC., a corporation, doing business as TRAVELODGE and as TRAVELODGE SAN FRANCISCO AIRPORT NORTH for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: August 22, 2007                           ERSKINE & TULLEY


                                      By:    /s/ Michael J. Carroll
                                                MICHAEL J. CARROLL
                                                Attorney for Plaintiffs

**MOTION FOR ENTRY OF DEFAULT**                    1