ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.**<br><br>        **Plaintiffs,**<br>  vs.<br><br>**WESTLODGE HOSPITALITY INC., a corporation, doing business as TRAVELODGE and as TRAVELODGE SAN FRANCISCO AIRPORT NORTH,**<br><br>        **Defendants.** | NO. C 07 3357 JL<br><br>**PROPOSED NOTICE OF ENTRY OF DEFAULT** |

      IT IS HEREBY NOTICED that the default of defendant, WESTLODGE HOSPITALITY INC., a corporation, doing business as TRAVELODGE and as TRAVELODGE SAN FRANCISCO AIRPORT NORTH, has been entered by the Clerk of the Court on _____.

Date:_____                         Richard W. Wieking, Clerk


                                          By: _____
                                              Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**         1