ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>WESTLODGE HOSPITALITY INC., a corporation, doing business as TRAVELODGE and as TRAVELODGE SAN FRANCISCO AIRPORT NORTH,<br><br>　　　　　　Defendants. | NO. C 07 3357 JL<br><br>**REQUEST TO SET ASIDE DEFAULT** |

　　　　Plaintiffs request that the default entered on August 22, 2007 against defendant Westlodge Hospitality Inc., be set aside for the following reasons:

　　1.　　It appears that the person served was not authorized to accept service and was not employed by the defendant.

　　2.　　Plaintiffs have been advised by an attorney for the defendant that WESTLODGE HOSPITALITY INC., is not a proper party to this proceedings. Plaintiffs want an opportunity to review proffered information and determine whether or not the complaint needs to be amended.

　　　　　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　By:　/s/ Michael J. Carroll
　　　　　　　　　　　　　　MICHAEL J. CARROLL
　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF ENTRY OF DEFAULT　　　　　　　　1

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On August 29, 2007, I served the REQUEST TO SET ASIDE DEFAULT AND ORDER TO SET ASIDE DEFAULT on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Allison M. Woodale
Hansen Bridgett
425 Market Street, 26th Floor
San Francisco, CA 94105

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2007 at San Francisco, California.

Sharon Eastman