1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   **BOARD OF TRUSTEES OF THE SAN MATEO**    )    NO.  C 07 3357 JL
12 **HOTEL, et al.,**                        )
                                             )
13              **Plaintiffs,**              )    ORDER TO SET ASIDE
                                             )    DEFAULT
14       **vs.**                             )
                                             )
15 **WESTLODGE HOSPITALITY INC., a**         )
   **corporation, doing business as**        )
16 **TRAVELODGE and as TRAVELODGE SAN**      )
   **FRANCISCO AIRPORT NORTH,**              )
17                                           )
                **Defendant.**               )
18 _____)

19       IT IS ORDERED that the Default entered on August 22, 2007

20 in this case be set aside.

21 Dated: _____       _____
                                      Honorable James Larson
22

23

24

25

26

27

28


   ORDER TO SET ASIDE DEFAULT