```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTLODGE HOSPITALITY INC., a corporation, doing business as TRAVELODGE and as TRAVELODGE SAN FRANCISCO AIRPORT NORTH, <br><br> Defendant. | NO.  C 07 3357 JL <br><br> NOTICE TO WITHDRAW MOTION TO ENTER DEFAULT |

Notice is hereby given that plaintiffs withdraw the Motion to Enter Default filed in this case on August 22, 2007.

Respectfully submitted.

By: _____
MICHAEL J. CARROLL
Attorney for Plaintiff

NOTICE TO WITHDRAW MOTION TO ENTER DEFAULT