```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al.,** | NO.  C 07 3357 JL |
| Plaintiffs, | ORDER TO SET ASIDE DEFAULT |
| vs. | |
| **WESTLODGE HOSPITALITY INC., a corporation, doing business as TRAVELODGE and as TRAVELODGE SAN FRANCISCO AIRPORT NORTH,** | |
| Defendant. | |

IT IS ORDERED that the Default entered on August 22, 2007 in this case be set aside.

Dated: _September 4, 2007_           _/s/ James Larson_
                                     Honorable James Larson

ORDER TO SET ASIDE DEFAULT