```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES PENSION TRUST, SHERRI CHIESA, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>WESTLODGE HOSPITALITY INC., a corporation, doing business as TRAVELODGE and as TRAVELODGE SAN FRANCISCO AIRPORT NORTH,<br><br>Defendant. | NO.  C 07 3357 JL<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff, BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE AND PENSION TRUST, SHERRI CHIESA, TRUSTEE, hereby apply ex parte for an order to continue the Case Management Conference from October 3, 2007 to December 5, 2007.

////
////
////
////
////

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE          1

1  This ex parte application is based upon the Declaration of
2  Attorney Michael J. Carroll filed herewith.
3       Dated: September 26, 2007

                              Respectfully submitted,
                              ERSKINE & TULLEY

                              By _____
                                 Michael J. Carroll
                                 Attorneys for Plaintiff