```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WESTLODGE HOSPITALITY INC., a corporation, doing business as TRAVELODGE and as TRAVELODGE SAN FRANCISCO AIRPORT NORTH,<br><br>        Defendant.<br>_____ | NO.  C 07 3357 JL<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      IT IS ORDERED that the Case Management Conference in this case set for October 3, 2007 be continued to December 5, 2007 at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, CA.

Dated: _____           _____
                                    Honorable James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE