```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE SAN MATEO  )   NO.  C 07 3357 JL
    HOTEL, et al.,                      )
12                                      )   ORDER TO CONTINUE CASE
                        Plaintiffs,     )   MANAGEMENT CONFERENCE
13                                      )
            vs.                         )
14                                      )
    WESTLODGE HOSPITALITY INC., a       )
15  corporation, doing business as      )
    TRAVELODGE and as TRAVELODGE SAN    )
16  FRANCISCO AIRPORT NORTH,            )
                                        )
17                      Defendant.      )
    _____)
18
            IT IS ORDERED that the Case Management Conference in this
19
    case set for October 3, 2007 be continued to December 5, 2007 at 10:30
20
    a.m. in Courtroom F, 15th Floor, San Francisco, CA.
21
22  Dated: September 27, 2007              _____
                                           Honorable James Larson
23
24
25
26
27
28


    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
```