|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

BOARD OF TRUSTEES,

     Plaintiff(s),                                        No. C07-3357 JL

     v.                                              **NOTICE OF TIME CHANGE**

WESTLODGE HOSPITALITY, INC.

     Defendant(s).

_____/

     The Case Management Conference in the above entitled case is hereby set for **2:00 p.m .** on December 12, 2007 in Courtroom F before Chief Magistrate Judge James Larson.

Dated: December 4, 2007

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm                1