```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES PENSION TRUST, SHERRI CHIESA, TRUSTEE,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WESTLODGE HOSPITALITY INC., et al.,<br><br>　　　　　　　Defendant. | NO.  C 07 3357 JL<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　Plaintiff, BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE AND PENSION TRUST, SHERRI CHIESA, TRUSTEE, hereby apply ex parte for an order to continue the Case Management Conference from December 12, 2007 to January 30, 2008. The Declaration of Michael J. Carroll is submitted herewith in support of the continuance.

////

////

////

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE　　　1

```
1  Dated:   December 5, 2007
2                                          Respectfully submitted,
3                                          ERSKINE & TULLEY
4
5                                          By:/s/Michael J. Carroll
                                              Michael J. Carroll
6                                             Attorneys for Plaintiff
```