ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al., | ) ) ) | NO.  C 07 3357 JL |
| Plaintiffs, | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| WESTLODGE HOSPITALITY INC., et al., | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that the Case Management Conference in this case set for December 12, 2007 be continued to January 30, 2008 at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, CA.

Dated: _____         _____
                                  Honorable James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE