1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SAN MATEO  )      NO.  C 07 3357 JL
    HOTEL, et al.,                      )
12                                      )      ORDER TO CONTINUE CASE
                         Plaintiffs,    )      MANAGEMENT CONFERENCE
13                                      )
              vs.                       )
14                                      )
    WESTLODGE HOSPITALITY INC.,         )
15  et al.,                             )
                                        )
16                       Defendant.     )
    _____ )
17

18          IT IS ORDERED that the Case Management Conference in this

19  case set for December 12, 2007 be continued to January 30, 2008 at

20  10:30 a.m. in Courtroom F, 15th Floor, San Francisco, CA.

21
    Dated: _____          _____
22                  12-6-07              Honorable James Larson

23

24

25

26

27

28


    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE