1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 BOARD OF TRUSTEES OF THE SAN MATEO  )    NO.  C 07 3357 JL
   HOTEL EMPLOYEES AND RESTAURANT      )
11 EMPLOYEES PENSION TRUST, SHERRI     )    EX PARTE APPLICATION FOR
   CHIESA, TRUSTEE,                    )    ORDER TO CONTINUE CASE
12                                     )    MANAGEMENT CONFERENCE
                         Plaintiff,    )
13                                     )
              vs.                      )
14                                     )
   WESTLODGE HOSPITALITY INC.,         )
15 et al.,                             )
                                       )
16                                     )
                         Defendant.    )
17 _____ )

18         Plaintiff, BOARD OF TRUSTEES OF THE SAN MATEO HOTEL

19 EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE AND PENSION TRUST, SHERRI

20 CHIESA, TRUSTEE, hereby apply ex parte for an order to continue the

21 Case Management Conference from January 30, 2008 to March 19, 2008.

22 The Declaration of Michael J. Carroll is submitted herewith in support

23 of the continuance.

24 Dated:  January 23, 2008          Respectfully submitted,

25                                   ERSKINE & TULLEY

26
                                     By:/s/Michael J. Carroll
27                                        Michael J. Carroll
                                          Attorneys for Plaintiff
28

   EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE      1