```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES PENSION TRUST, SHERRI CHIESA, TRUSTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTLODGE HOSPITALITY INC., et al.,<br><br>    Defendant. | NO.  C 07 3357 JL<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

        I, MICHAEL J. CARROLL, certify:

        1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES PENSION TRUST, SHERRI CHIESA, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

        2.   This case was filed in June 2007. A defective service

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1

took place on July 12, 2007. No responsive pleading was filed.

3. A default was requested but then withdrawn.

4. Discussions have taken place with the attorney for Westlodge regarding the proper defendants. Ms. Woodall requested additional documentation, which was provided November 28, 2007. Ms. Woodall has requested time to review the paperwork until mid January 2008. We are trading telephone messages.

5. Plaintiffs have filed an amended complaint and it is now out for service on three defendants. Service has not yet occurred on two of the defendants.

6. It is requested that the Court continue the Case Management Conference until March 19, 2008 so that service can be completed and the response time expire.

7. Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for January 30, 2008 to March 19, 2008 for completion of service on defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 23, 2008 at San Francisco, California.

/s/Michael M. Carroll
Michael J. Carroll

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                    2

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On January 23, 2008, I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Allison M. Woodall
Hanson Bridgett, Marcus Vlahos Rudy LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2008 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman