```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al., <br><br>                    Plaintiffs, <br><br>           vs. <br><br> WESTLODGE HOSPITALITY INC., et, al., <br><br>                    Defendant. | NO.  C 07 3357 JL <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for January 30, 2008 be continued to March 19, 2008 at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, CA.

Dated: _____          _____
                                  Honorable James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE