UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.,

        Plaintiff(s),                              No.C07-3357 JL

        v.                                    **NOTICE OF CONTINUANCE**

WESTLODGE HOSPITALITY GROUP, et al

        Defendant(s).
_____/

    Case management conference in the above entitled case is hereby continued (from March 26, 2008) to April 2, 2008 @ 10:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: March 25, 2008

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm                1