IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, )
)
      Plaintiff(s), )   No.: C- 07-3357   JL
)
v. )   CONSENT TO PROCEED BEFORE A
)   UNITED STATES MAGISTRATE JUDGE
WESTLODGE HOSPITALITY, )
      Defendant(s). )
)

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____     _____
Attorney for Plaintiff             Attorney for Defendant

Dated: 4/2/08