United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Board of Trustees of the San Mateo Hotel Employees,<br><br>      Plaintiff(s),<br><br>   v.<br><br>Westlodge Hospitality Inc.,<br><br>      Defendant(s). | 07-03357 JL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Paul J. Dubow**
> Law Offices of Paul J. Dubow
> 660 Fourth St., #197
> San Francisco, CA 94107
> 415-495-6309
> pdubow2398@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03357 JL MED                                         - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: April 9, 2008

RICHARD W. WIEKING
Clerk
by:  Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03357 JL MED                              - 2 -