```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
BOARD OF TRUSTEES OF THE SAN MATEO )   NO. C 07 3357 JL
HOTEL EMPLOYEES, et al.            )
                                   )
              Plaintiffs,          )
                                   )
     vs.                           )   STIPULATION FOR
                                   )   DISMISSAL; ORDER
WESTLODGE HOSPITALITY INC., et al.,)
                                   )
              Defendants.          )
_____)
```

It is hereby stipulated between the parties that the above entitled action be dismissed with prejudice.

Dated: July 17, 2008          ERSKINE & TULLEY


                              By:/s/Michael J. Carroll
                                 Michael J. Carroll
                                 Attorneys for Plaintiffs


Dated: July 18, 2008          HANSON BRIDGETT LLP


                              By:/s/Allison M. Woodall
                                 Allison M. Woodall
                                 Attorney for Defendants

STIPULATION FOR DISMISSAL; ORDER

1

O R D E R

It is so ordered.

Dated:_____         _____
                              Magistrate Judge James Larson

STIPULATION FOR DISMISSAL; ORDER
2