```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.<br><br>        Plaintiffs,<br><br>  vs.<br><br>WESTLODGE HOSPITALITY INC., et al.,<br><br>        Defendants. | NO. C 07 3357 JL<br><br>STIPULATION FOR <u>DISMISSAL; ORDER</u> |

It is hereby stipulated between the parties that the above entitled action be dismissed with prejudice.

```
Dated: July 17, 2008          ERSKINE & TULLEY


                              By:/s/Michael J. Carroll
                                 Michael J. Carroll
                                 Attorneys for Plaintiffs


Dated: July 18, 2008          HANSON BRIDGETT LLP


                              By:/s/Allison M. Woodall
                                 Allison M. Woodall
                                 Attorney for Defendants
```

STIPULATION FOR DISMISSAL; ORDER

1

1                                 O R D E R

2     It is so ordered.

3

4 Dated: July 23, 2008                       Magistrate Judge James Larson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>STIPULATION FOR DISMISSAL; ORDER</u>
2